# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID L. ARCHER, *et al*. | : | 1:13-cv-2826 |
| | : | |
| Plaintiffs, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| YORK CITY SCHOOL DISTRICT, *et al.* | : | |
| | : | |
| | : | |
| Defendants. | : | |

# ORDER

**December 28, 2016**

Presently before this Court is a Motion for Summary Judgment (Doc. 129) filed by Defendants in the above-captioned matter. In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Summary Judgment (Doc. 129) is **GRANTED** in its entirety.

2. The Clerk of the Court **SHALL CLOSE** the file on this case

 s/ John E. Jones III
 John E. Jones III
 United States District Judge